7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Nader Zakaria Aldewick and Lori Ann Aldewick
**Debtor**

*Bankruptcy Case No.*
13–44132–drd7

**NextGear Capital, Inc.**
   Plaintiff(s)

*Adversary Case No.*
13–04194–drd

v.

**Nader Zakaria Aldewick**
**Lori Ann Aldewick**
   Defendant(s)

## JUDGMENT

This proceeding having come on for trial or hearing before the court, the Honorable Dennis R. Dow , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: the Court GRANTED the oral Motion by the Plaintiff to dismiss the Defendant Lori Ann Aldewick with prejudice. The Court SUSTAINED in part the complaint and GRANTED Judgment in favor of the Plaintiff. The debt owed by the Defendant Nader Zakaria Aldewick to the Plaintiff is non–dischargeable in the amount of $123,567.00 (with interest at 9.5%) plus attorneys fees in the amount of $8,271.23.

The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 6/11/14

Court to serve